JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
The Law Offices Of Jonathan M. Kaufman
220 Montgomery Street, Suite 976
San Francisco, CA 94104
Telephone: (415) 956-4765
Facsimile: (415) 956-1664
E-Mail: klo-jmk@pacbell.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JASWINDER SINGH,

    Plaintiff,

vs.

EMILIO T. GONZALEZ,
Director, United States Citizenship
and Immigration Services,

    Defendant

Case No. C 07 3584 SI

COMPLAINT FOR DECLARATORY JUDGMENT AND INJUNCTION

Plaintiff alleges:

1. This action is brought pursuant to the provisions of 28 U.S.C. § 1331 and 5 U.S.C. §§ 701 - 706.

2. Defendant is the Director of the United States Citizenship and Immigration Services, (USCIS), an agency of the United States as defined by 5 U.S.C. §701(b)(1), charged with the duty to administer and enforce the Immigration and Nationality Act.

3. Plaintiff is a citizen and national of India who was granted asylum in the United States on November 8, 2000. *See,* attached Exhibit A.

4. 8 U.S.C. §1159(b) vests defendant with discretion to adjust the status of an asylee to an alien lawfully admitted for permanent residence.

5. On January 22, 2002 plaintiff applied for adjustment of status by filing an application in

1

the manner prescribed in 8 C.F.R. §209.2 with the director of the USCIS Nebraska Service Center. *See*, Exhibit B.

6. On August 25, 2005 the USCIS served plaintiff with notice that his application was transferred to the USCIS Texas Service Center to speed processing of his application. *See*, Exhibit C.

7. It is defendant's legal duty to adjudicate plaintiff's application for adjustment of status and to adjust plaintiff's status to lawful permanent resident if his application is approved, or, if plaintiff's application is denied, forward written notice of the decision to plaintiff that includes the reasons for denial.

8. 5 U.S.C. §555(b) dictates that the USCIS must proceed to conclude action on plaintiff's application within "a reasonable time". Defendant has violated his duty. According to information the USCIS makes available to the public, the USCIS Texas Service Center is now adjudicating adjustment applications filed on or before August 1, 2004. See, Exhibit D. Defendant's failure to adjudicate plaintiff's application violates 8 U.S.C. §1159(b), 8 C.F.R. §209.2, and 5 U.S.C. §555(b).

9. Plaintiff's application remains pending.

10. There is no administrative appeal from defendant's decision.

11. There is a real and actual controversy between the parties. Plaintiff has no adequate remedy at law. Plaintiff has suffered and will continue to suffer irreparable injury as result of the acts of the defendant complained herein.

WHEREFORE, plaintiff prays judgment.

1. Declaring that defendant has violated 8 U.S.C. §1159(b), 8 C.F.R. §209.2, and 5 U.S.C. §555(b) in the adjudication of plaintiff's application for adjustment of status.

2. Preliminarily and permanently enjoining defendant, his agents, and delegates to immediately adjudicate plaintiff's application for adjustment of status.

3. Awarding plaintiff his costs and reasonable attorneys fees incurred in this action.

1 | 4. Granting such other and further relief as may be appropriate.
2 | Dated: July 11, 2007

_____
JONATHAN M. KAUFMAN
Attorney For Plaintiff

# EXHIBIT A

UNITED STATES DEPARTMENT OF JUSTICE
IMMIGRATION COURT
550 KEARNY ST., SUITE 800
SAN FRANCISCO, CA 94108

In the Matter of

Jasvinder Singh
Respondent

File No.: A77 835 211

IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE

This is a summary of the oral decision entered on Nov. 8 2000.
This memorandum is solely for the convenience of the parties. If the proceedings should be appealed or reopened, the oral decision will become the official opinion in the case.

[ ] The respondent was ordered removed from the United States to _____.
[ ] Respondent's application for voluntary departure was denied and respondent was ordered removed to _____ or in the alternative to _____.
[ ] Respondent's application for voluntary departure was granted until _____ upon posting a bond in the amount of $_____ with an alternative order of removal to _____.
[X] Respondent's application for asylum was [X] granted, ( ) denied ( ) withdrawn ( ) other.
[ ] Respondent's application for withholding of removal was ( ) granted ( ) denied ( ) withdrawn ( ) other.
[ ] Respondent's application for cancellation of removal under section 240A(a) was ( ) granted ( ) denied ( ) withdrawn ( ) other.
[ ] Respondent's application for cancellation of removal under section 240A(b) was ( ) granted ( ) denied ( ) withdrawn ( ) other. If granted, it was ordered that the respondent be issued all appropriate documents necessary to give effect to this order.
[ ] Respondent's application for a waiver under section _____ of the INA was ( ) granted ( ) denied ( ) withdrawn ( ) other.
[ ] Respondent's application for adjustment of status under section _____ of the INA was ( ) granted ( ) denied ( ) withdrawn ( ) other. If granted, it was ordered that respondent be issued all appropriate documents necessary to give effect to this order.
[ ] Respondent's status was rescinded under section 246 of the INA.
[ ] Respondent is admitted to the United States as a _____ until _____.
[ ] As a condition of admission, respondent is to post a $_____ bond.
[ ] Respondent knowingly filed a frivolous asylum application after proper notice.
[ ] Respondent was advised of the limitation on discretionary relief for failure to appear as ordered in the Immigration Judge's oral decision.
[ ] Proceedings were terminated.
[ ] Other: _____
Appeal (Reserved)/Waived by: A  INS
Appeal due by: Dec. 8 2000

Date: 11/8/00

Beverley M. Phillips
Immigration Judge

---

CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:   MAIL [ ]   PERSONAL SERVICE [X]
TO: [ ] ALIEN  [ ] ALIEN c/o Custodial Officer  [ ] ALIEN'S ATTY/REP  [X] INS
DATE: 11/8/00   BY: COURT STAFF _____
Attachments: [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List
[ ] Other

# EXHIBIT B

U.S. Department of Justice
Immigration and Naturalization Service

# Notice of Action

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | CASE TYPE | I485 APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
|---|---|---|
| LIN-02-094-50304 | | |
| RECEIVED DATE | PRIORITY DATE | APPLICANT A77 835 211 |
| January 22, 2002 | | SINGH, JASWINDER |
| NOTICE DATE | PAGE | |
| January 25, 2002 | 1 of 1 | |

JASWINDER SINGH
1688 KOMENICH DR
MANTECA CA 95336

Notice Type: Receipt Notice

Amount received: $ 245.00

Section: Asylee adjustment

The above application or petition has been received. It usually takes 360 to 390 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number 402-323-7830 to obtain case status information directly from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call our TDD at 1-800-767-1833.

If you have access to the Internet, you can also visit the INS at www.ins.usdoj.gov. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 402-323-7830



Form I-797C (Rev. 09/07/93) N

# EXHIBIT C

Case 3:07-cv-03584-SI   Document 1   Filed 07/11/2007   Page 8 of 14

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>LIN-02-094-50304 | | CASE TYPE  I485   APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
|---|---|---|
| RECEIPT DATE<br>January 25, 2002 | PRIORITY DATE | APPLICANT   A77 835 211<br>SINGH, JASWINDER |
| NOTICE DATE<br>August 25, 2005 | PAGE<br>1 of 1 | |
| JASWINDER SINGH<br>1688 KOMENICH DR<br>MANTECA CA 95336 | | **Notice Type:** Transfer Notice |

This is to advise you that in order to speed processing we have transferred the above case to the following INS office for processing:

    Texas Service Center, P. O. Box 851488 - Dept A , Mesquite, TX 75185-1488

    Telephone: (214) 381-1423

That office will notify you of the decision made on the application or petition. Any further inquiries should be made to that office.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
**Customer Service Telephone: 800-375-5283**



# EXHIBIT D




Print This Page | Back

# U.S. Citizenship and Immigration Services
# Texas Service Center Service Center Processing Dates
# Posted June 18, 2007

**Notice**: U.S. Citizenship and Immigration Services (USCIS) has improved the reporting procedure for processing times of immigration benefit applications. In the past, USCIS benefit processing reports indicated the specific type of applications or petitions that were being processed and the date the cases were received. However, the date the case was received did not provide a clear indication of when USCIS expected to complete the case, nor did it provide a clear indication of USCIS' commitment to process cases within a certain cycle time. It also did not align with the processing times and cycle times the agency reports in other contexts.

This improved reporting procedure is an effort to give our customers more accurate information that better reflects current processing time and USCIS service level commitments. Effective immediately, when we are completing applications and petitions within our service level goals we will report that as the processing time. For example, when our service level goal is to process a particular kind of case within six months, and if our processing time is six months or less, we will show a date consistent with our service level goal because that reflects our commitment.

When we are not meeting our service level goal, the date posted will reflect the filing date of cases that are being completed. It should be noted that while in some instances reported processing dates may appear to have regressed due to this change, they do not reflect a lengthening of USCIS processing times, but simply the change in reporting. Our goal is to provide accurate projections and thus give customers clear expectations as to what they can expect as a processing time.

**There are several important exceptions to the processing times shown below:**

- Case processing will be delayed if we must ask you for more evidence or information.
  If we ask for missing required initial evidence, count the processing time from when we receive that missing evidence.
- The case processing timeframe will start over if a customer doesn't appear for an interview or asks that it be rescheduled.

**What if I have a problem or have questions about a case?**

We offer a variety of services after you file. For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our fact sheet –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

One additional point about these projections. They are the time to complete processing and mail the actual notice and/or document. If you check case status online and see that your case has been approved, and you haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us. That is because it may take that long before it is returned to us as undeliverable. You can also print the case status online answer for your records.

Service Center Processing Dates for **Texas Service Center** Posted June 18, 2007

| Form | Title | Classification or Basis for Filing | Now Processing Cases with Receipt Notice Date of |
|---|---|---|---|
| I-90 | Application to Replace Permanent Resident Card | Initial issuance or replacement | December 14, 2006 |
| I-102 | Application for Replacement/Initial Nonimmigrant Arrival/Departure Record | Initial issuance or replacement of a Form I-94 | March 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Visa to be issued abroad | April 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Change of status in the U.S. | April 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Extension of stay in the U.S. | April 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-2A - Temporary workers | May 31, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-2B - Other temporary workers | May 16, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-3 - Temporary trainees | April 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | E - Treaty traders and investors | April 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | L - Intracompany transfers | May 16, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | Blanket L | April 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | O - Extraordinary ability | April 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | P - Athletes, artists, and entertainers | April 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | Q - Cultural exchange visitors and exchange visitors participating in the Irish Peace process | April 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | R - Religious occupation | April 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | TN - North American Free Trade Agreement (NAFTA) professional | April 15, 2007 |
| I-131 | Application for Travel Document | All other applicants for advance parole | March 15, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Extraordinary ability | December 14, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Outstanding professor or researcher | December 14, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Multinational executive or manager | December 14, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Schedule A Nurses | December 14, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability | December 14, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability requesting a National Interest Waiver | December 14, 2006 |

| I-140 | Immigrant Petition for Alien Worker | Skilled worker or professional | December 14, 2006 |
|---|---|---|---|
| I-140 | Immigrant Petition for Alien Worker | Unskilled worker | December 14, 2006 |
| I-360 | Petition for Amerasian, Widow(er), or Special Immigrant | All other special immigrants | September 30, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Employment-based adjustment applications | September 11, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Based on grant of asylum more than 1 year ago | August 01, 2004 |
| I-526 | Immigrant Petition By Alien Entrepreneur | For use by an entrepreneur who wishes to immigrate to the United States | December 14, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change of status to H or L dependents | March 15, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change status to the F or M academic or vocational student categories | March 15, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change Status to the J exchange visitor category | March 15, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other change of status applications | March 15, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of stay for H and L dependents | March 15, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for F or M academic or vocational students | March 15, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for J exchange visitors | March 15, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other extension applications | March 15, 2007 |
| I-612 | Application for Waiver of the Foreign Residence Requirement | Application for a waiver of the 2-year foreign residence requirement based on exceptional hardship or persecution | August 04, 2006 |
| I-751 | Petition to Remove the Conditions on Residence | Removal of lawful permanent resident conditions (spouses of U.S. citizens and lawful permanent residents | December 14, 2006 |
| I-765 | Application for Employment Authorization | Based on a request by a qualified F-1 academic student. [(c)(3)] | March 29, 2007 |
| I-765 | Application for Employment Authorization | Based on a pending asylum application [(c)(8)] | May 17, 2007 |
| I-765 | Application for Employment Authorization | Based on a pending I-485 adjustment application [(c)(9)] | March 29, 2007 |
| I-765 | Application for Employment Authorization | Based on TPS for Honduras/Nicaragua [(c)(19), (a)(12)] | March 29, 2007 |
| I-765 | Application for Employment Authorization | Based on TPS for El Salvador [(c)(19)(a)(12)] | March 29, 2007 |
| I-765 | Application for Employment Authorization | All other applications for employment authorization | March 29, 2007 |
| | | Voluntary departure under the family unity | |

| | | | |
|---|---|---|---|
| I-817 | Application for Family Unity Benefits | program | December 14, 2006 |
| I-824 | Application for Action on an Approved Application or Petition | To request further action on an approved application or petition | December 14, 2006 |
| I-829 | Petition by Entrepreneur to Remove Conditions | Removal of lawful permanent resident conditions (immigrant investors) | December 14, 2006 |
| I-829 | Petition by Entrepreneur to Remove Conditions | Removal of lawful permanent resident conditions (immigrant investors) based on PL107-273 | December 14, 2006 |

[ Print This Page ]    [ Back ]

Home   Contact Us   Privacy Policy   Website Policies   NoFEAR   Freedom Of Information Act   FirstGov

U.S. Department of Homeland Security