1 | JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
The Law Offices Of Jonathan M. Kaufman
2 | 220 Montgomery Street, Suite 976
San Francisco, CA 94104
3 | Telephone: (415) 956-4765
Facsimile:  (415) 956-1664
4 | E-Mail:    klo-jmk@pacbell.net

5 | Attorney for Plaintiff

6 | UNITED STATES DISTRICT COURT

7 | NORTHERN DISTRICT OF CALIFORNIA

8 | SAN FRANCISCO DIVISION

10 | JASWINDER SINGH,                              Case No. C 07-3584 SI

11 |                                                CERTIFICATE OF SERVICE
                Plaintiff,
12 |
          vs.
13 |
EMILIO T. GONZALEZ,
14 | Director, United States Citizenship and
Immigration Services,
15 |
                Defendant.
16 | _____/

17 |          I, JONATHAN M. KAUFMAN, do hereby declare:

18 |          That on July 18, 2007 copies of the July 11, 2007 order setting initial case management

19 | conference, the Court's Standing Orders, the handbook entitled "Dispute Resolution Procedures in

20 | the Northern District of California", and all documents specified in Civil Local Rule 4-2 were served

21 | on defendant by placing copies in the U.S. Mail at San Francisco, California in a sealed envelope,

22 | postage affixed, addressed to Civil Process Clerk, United States Attorney, 450 Golden Gate Avenue,

23 | Box 36055, San Francisco, CA 94102.

28 |                                              1

1  I declare under penalty of perjury that the foregoing is true and correct and that this was
2  executed on July 18, 2007 at San Francisco, California.

                                                                          JONATHAN M. KAUFMAN