| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC SBN 9990<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | |
|   | Attorneys for Defendant |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| JASWINDER SINGH, | ) | |
| | ) | No. C 07-3584 SI |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **PARTIES' JOINT REQUEST TO BE** |
| | ) | **EXEMPT FROM FORMAL ADR** |
| EMILIO T. GONZALEZ, Director, | ) | **PROCESS** |
| United States Citizenship and Immigration | ) | |
| Services, | ) | |
| | ) | |
| Defendant. | ) | |

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them. Here, the parties agree that referral to a formal ADR process will not be beneficial because this mandamus action is limited to plaintiff's request that this Court compel defendants to adjudicate his application for adjustment of status. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources.

Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the

Parties' Joint Request to be Exempt from ADR Process
C07-3584 SI                                                                 1

1 | ADR Multi-Option Program and that they be excused from participating in the ADR phone
2 | conference and any further formal ADR process.

3 | Dated: September 28, 2007              Respectfully submitted,

4 |                                        SCOTT N. SCHOOLS
                                           United States Attorney

5 |

6 |

7 |                                        _____/s/_____
                                           ILA C. DEISS
                                           Assistant United States Attorney
8 |                                        Attorney for Defendants

9 |

10 | Dated: September 28, 2007             _____/s/_____
                                           JONATHAN M. KAUFMAN
11 |                                       Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
                                           SUSAN ILLSTON
                                           United States District Judge

Parties' Joint Request to be Exempt from ADR Process
C07-3584 SI                                2