SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone: (415) 436-7124
  FAX: (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JASWINDER SINGH,<br><br>             Plaintiff,<br><br>    v.<br><br>EMILIO T. GONZALEZ, Director,<br>United States Citizenship and Immigration Services,<br><br>             Defendant. | No. C 07-3584 SI<br><br>**STIPULATION TO EXTEND DATES;<br>and [PROPOSED] ORDER** |

    Plaintiff, by and through his attorney of record, and Defendant, by and through his attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

    1. Plaintiff filed this action on or about July 11, 2007. Defendant's filed their response on September 10, 2007.

    2. Pursuant to this Court's July 11, 2007 Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on October 12, 2007, and attend a case management conference on October 19, 2007.

    3. The United States Citizenship and Immigration Services (USCIS) intends to issue a Notice of Intent to Deny ("NOID").

    4. In order to allow sufficient time for USCIS to issue the NOID and for Plaintiff to respond to the NOID, the parties hereby respectfully ask this Court to extend the dates in the Court's

Stipulation to Extend Dates
C07-3584 SI                              1

scheduling order as follows:

    Last day to file/serve Joint Case Management Statement:    January 11, 2008

    Case Management Conference:    January 25, 2008, at 2:00 p.m.

Date: October 12, 2007    Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

    /s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendant

    /s/
Date: October 12, 2007    JONATHAN KAUFMAN
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:    _____
SUSAN ILLSTON
United States District Judge

Stipulation to Extend Dates
C07-3584 SI    2