JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JASWINDER SINGH,<br><br>               Plaintiff,<br><br>              v.<br><br>EMILIO T. GONZALEZ, Director,<br>United States Citizenship and Immigration Services,<br><br>             Defendant. | No. C 07-3584 SI<br><br>**JOINT CASE MANAGEMENT STATEMENT** and **[Proposed] ORDER** |

1. Jurisdiction and Service:

The basis asserted by plaintiff for this Court's jurisdiction is 28 U.S.C. § 1331 and 5 U.S.C. §§ 701 - 706. The parties do not dispute that venue is proper in this district. No issues exist regarding personal jurisdiction or venue, and no parties remain to be served.

2. Facts:

Plaintiff filed a Form I-485 application to adjust his status to lawful permanent resident with the United States Citizenship and Immigration Services (USCIS) on or about on January 22, 2002. The USCIS has not yet adjudicated the Form I-485 application. The Plaintiff filed an action on July 11, 2007, seeking an order from this Court directing USCIS to adjudicate the Form I-485 application.

Joint Case Management Conference Statement
C07-3584 SI                           1

3. Legal Issues:

Whether this Court should dismiss the Plaintiff's action for lack of subject matter jurisdiction. If this Court has jurisdiction, whether the USCIS is processing the Plaintiff's I-485 application within a reasonable period of time.

4. Motions:

The parties intend to file cross-motions for summary judgment.

5. Amendment of Pleadings:

No parties, claims or defenses are expected to be added or dismissed.

6. Evidence Preservation:

The parties do not have any evidence that falls within this category.

7. Disclosures:

The parties believe that the initial disclosure requirements of Fed. R. Civ. P. 26 do not apply to this case.

8. Discovery:

The parties do not intend to take any discovery at this time.

9. Class Actions:

N/A

10. Related Cases:

The parties are not aware of any related case or cases.

11. Relief:

The Plaintiff asks this Court to direct USCIS to adjudicate the Form I-485 application.

12. Settlement and ADR:

The Court granted the parties' request to be exempt from formal ADR process on October 3, 2007.

13. Consent to Magistrate Judge for All Purposes:

Plaintiff does not consent to magistrate judge jurisdiction..

14. Other References:

The parties do not believe that this case is suitable for reference to binding arbitration, a

Joint Case Management Conference Statement
C07-3584 SI                                          2

1 | special master, or the Judicial Panel on Multidistrict Litigation.
2 |    15. Narrowing of Issues:
3 |    The parties do not believe that the issues can be narrowed by agreement or by motion, and do
4 | not have suggestions to expedite the presentation of evidence at trial (e.g. through summaries or
5 | stipulated facts), and any request to bifurcate issues, claims or defenses.
6 |    16. Expedited Schedule:
7 |    The parties believe this case can be resolved on cross-motions for summary judgment.
8 |    17. Scheduling:
9 |    The parties propose the following schedule on the parties' cross-motions for summary
10 | judgment:
11 |    Cross-Motions for Summary Judgment:         February 1, 2008
12 |    Cross-Oppositions:         February 15, 2008
13 |    Hearing:         March 14, 2008 at 9:00 a.m.
14 |    18. Trial:
15 |    The parties do not anticipate the need for a trial in this case.
16 |    19. Disclosure of Non-party Interested Entities or Persons:
17 |    Not applicable.
18 |    20. Such other matters as may facilitate the just, speedy and inexpensive disposition of this
19 | matter.
20 |    None.
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

Joint Case Management Conference Statement
C07-3584 SI          3

| | | |
|---|---|---|
| 1 | Date: January 8, 2008 | Respectfully submitted, |
| 2 | | JOSEPH P. RUSSONIELLO<br>United States Attorney |

                                                   /s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendant

Date: January 8, 2008                     /s/
JONATHAN KAUFMAN
Attorney for Plaintiff

**CASE MANAGEMENT ORDER**

The Joint Case Management Statement and Proposed Order are hereby adopted by the Court as the Case Management Order for the case, and the parties are ordered to comply with this Order.

Date:

SUSANI ILLSTON
United States District Judge

Joint Case Management Conference Statement
C07-3584 SI                      4