1 | JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169

7
Attorneys for Defendant
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| JASWINDER SINGH, | ) | |
|---|---|---|
| | ) | No. C 07-3584 SI |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION TO DISMISS AND** |
| | ) | **[PROPOSED] ORDER** |
| EMILIO T. GONZALEZ, Director, | ) | |
| United States Citizenship and Immigration | ) | |
| Services, | ) | |
| | ) | |
| Defendant. | ) | |

   Plaintiff, by and through his attorney of record, and Defendant by and through his attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's adjustment of status application (Form I-485).

   Each of the parties shall bear their own costs and fees.

///

///

///

Stipulation to Dismiss
C07-3584 SI                                                    1

1 | Date: January 10, 2008 | Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendant

Date: January 10, 2008

_____/s/_____
JONATHAN KAUFMAN
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:

_____
SUSAN ILLSTON
United States District Judge

Stipulation to Dismiss
C07-3584 SI                                2